FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2022

No. 04-22-00217-CV

**IN THE INTEREST OF Z.R.F.M., Z.T.P., Z.R.N.R., AND Z.J.A.P.,** Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00613
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellant's brief was due on May 11, 2022. *See* TEX. R. APP. P. 38.6(a). After the due date, Appellant moved for a twenty-day extension of time to file the brief.

Appellant's motion is granted; the brief is due on May 31, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court